# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| Shawna Wilkins-Jones,<br><br>v.<br><br>County of Alameda; and DOES 1-10, Inclusive, | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>08-01485 |

TO: (Name and address of defendant)

County of Alameda
Clerk, Board of Supervisors Office
Administration Building, 1221 Oak Street, Room 536
Oakland, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAUL REIN (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 LAKESIDE DRIVE, SUITE A
OAKLAND CA 94612
510/832-5001

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR 1 7 2008
DATE

CYNTHIA LENAHAN
(BY) DEPUTY CLERK