| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: WILKINS-JONES
Defendant: COUNTY OF ALAMEDA

| PROOF OF SERVICE <br> SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0801485BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint, Claim Against The County Of Alameda, Claim Against Public Entity, Guidelines, Efc Registration Information Handout, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A United States Magistrate Judge And Request For A Reassignment To A United States District Judge, To Proceed Before A United States Magistrate Judge, Order Setting Initial Case Management Conference And Adr Deadlines, Certification Of Interested Entities Or Persons, Contents Of Joint Case Management Statement

3. a. Party served:       COUNTY OF ALAMEDA CLERK, BOARD OF SUPERVISORS OFFICE
   b. Person served:      JUANITA DIXON, SECRETARY

4. Address where the party was served:    ADMINISTRATION BUILDING
   1221 OAK STREET, ROOM 536
   Oakland, CA 94612

5. I served the party:
   b. **by substituted service.** On: Fri., Mar. 28, 2008 at: 11:57AM by leaving the copies with or in the presence of:
   JUANITA DIXON, SECRETARY
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. EDWIN M. BLAMA



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $55.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    690
      (iii) County:             CONTRA COSTA

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Mar. 28, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(EDWIN M. BLAMA)

reinpr.11033

| Attorney or Party without Attorney:<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: WILKINS-JONES | |
| Defendant: COUNTY OF ALAMEDA | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0801485BZ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case; Complaint, Claim Against The County Of Alameda, Claim Against Public Entity, Guidelines, Efc Registration Information Handout, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A United States Magistrate Judge And Request For A Reassignment To A United States District Judge, To Proceed Before A United States Magistrate Judge, Order Setting Initial Case Management Conference And Adr Deadlines, Certification Of Interested Entities Or Persons, Contents Of Joint Case Management Statement

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Mar. 28, 2008
   b. Place of Mailing:         Walnut Creek, CA 94595
   c. Addressed as follows:     COUNTY OF ALAMEDA CLERK, BOARD OF SUPERVISORS OFFICE
                                ADMINISTRATION BUILDING
                                1221 OAK STREET, ROOM 536
                                Oakland, CA 94612

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Mar. 28, 2008 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. THERESA PERRY                                         d. **The Fee** for Service was:   $55.00
   b. One Hour Delivery Service                             e. I am: (3) registered California process server
      1280 Boulevard Way #205                                  (i)   Employee
      Walnut Creek, CA 94595                                   (ii)  Registration No.:    641
   c. 925-947-1100, FAX 925-947-3480                           (iii) County:              CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Mar. 28, 2008

   *[signed]* (THERESA PERRY)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

reinpr.11033