IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Shawna Wilkins-Jones,**

        Plaintiff(s),

  v.

**County of Alameda,**

        Defendant(s),   /

**No. C08-1485 BZ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

**YOU ARE NOTIFIED THAT** the Case Management Conference is re-set to **July 21, 2008** at **4:00 p.m.** before the Honorable Bernard Zimmerman. The Joint Case Management Conference Statement is due by **July 14, 2008.** The previously set date of **June 23, 2008** at **4:00 p.m.** is hereby **VACATED**.

Please report to courtroom G, on the 15th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: June 2, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
    Lashanda Scott
    Courtroom Deputy