```
1  RICHARD E. WINNIE (68048)
   County Counsel
2  DIANE C. GRAYDON (164095)
   Deputy County Counsel
3  Office of the County Counsel, County of Alameda
   1221 Oak Street, Suite 450
4  Oakland, CA 94612
5  Telephone:    (510) 272-6700
   Facsimile:    (510) 272-5020
6
7  Attorneys for Defendant County of Alameda
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHAWNA WILKINS-JONES | No. C 08-01485 BZ |
|---|---|
| Plaintiff(s), | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| v. | AND |
| COUNTY OF ALAMEDA | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5/30/2008                Signature _____
                                Counsel for Defendant County of Alameda
                                (Plaintiff, Defendant, or indicate "pro se")

DECLARATION OF SERVICE

<u>Wilkins-Jones v. County of Alameda</u>

Case No. C08-01485 BZ

I, Diseph Igoni, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On June 4, 2008, I served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the following parties:

Paul Leslie Rein, Esq.
Ann Michele Winterman, Esq.
Julie Ostil, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612

[X]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[]   BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[]   BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on June 4, 2008

_____
DISEPH IGONI

Declaration of Service, Case No. C08-01485 BZ
1