# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wilkins-Jones,<br><br>          Plaintiff(s),<br><br>     v.<br><br>County of Alameda,<br><br>          Defendant(s). | 08-01485 MHP<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1 | 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2 | to an e-mail directed to adr@cand.uscourts.gov.

4 |     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5 | required, to occur <u>before</u> the Case Management Conference.

8 | Dated: July 24, 2008

RICHARD W. WIEKING
Clerk
by:   Lisa Salvetti

*/s/ Lisa M. Salvetti*

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name:      Wilkins-Jones v. County of Alameda

Case Number:    08-01485 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On July 24, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Julie Ostil
> Law Offices of Paul L. Rein
> 200 Lakeside Dr.
> Suite A
> Oakland, CA 94612
> jostil@reinlawoffice.com
>
> Paul Leslie Rein
> Law Offices of Paul L. Rein
> 200 Lakeside Drive
> Suite A
> Oakland, CA 94612
> reinlawoffice@aol.com
>
> Ann Michele Winterman
> Law Office of Paul Rein
> 200 Lakeside Drive
> STE A
> Oakland, CA 94612
> awinterman@reinlawoffice.com

Diane Carlotta Graydon
Office of the County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
diane.graydon@acgov.org

Lindsey Gavarnie Stern
Office of the County Counsel
1221 Oak Street, Suite 450
County of Alameda
Oakland, CA 94612
sternl@co.mendocino.ca.us

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 24, 2008 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:    Lisa Salvetti

    _____
    ADR Administrative Assistant
    415-522-2032
    lisa_salvetti@cand.uscourts.gov