UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Wilkins Jones

                Plaintiff(s),

v.

County of Alameda

                Defendant(s).

CASE NO. 3:08-cv-01485 MHP

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paul Rein, Esq. | Wilkins-Jones | 510/832-5001 | reinlawoffice@aol.com |
| Diane Graydon, Esq. | County of Alameda | 510/272-6700 | diane.graydon@acgov.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/25/08

Dated: 7/25/08

Attorney for Plaintiff

Attorney for Defendant

Rev 12.05