**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: August 11, 2008

Case No.   C 08-1485  MHP          Judge: MARILYN H. PATEL

Title: SHAWNA WILKINS-JONES -v- COUNTY OF ALAMEDA

Attorneys:  Plf: Paul Rein
            Dft: n/a

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

No appearance of defendant; Brief description of underlying case given by plaintiff; Further status conference set for 9/15/2008 at 3:00 pm;