

# OFFICE OF THE COUNTY COUNSEL

1221 Oak Street, Suite 450, Oakland, California 94612-4296
Telephone (510) 272-6700          Facsimile (510) 272-5020

RICHARD E. WINNIE
COUNTY COUNSEL

Judge Marilyn Hall Patel
U.S. District Court
450 Golden Gate Ave.
15th Floor, Courtroom G
San Francisco, CA 94102

August 13, 2008

**RE:**   ***Shawna Wilkins-Jones  v. County of Alameda***
         **ND Cal Case No. C08-01485 MHP**

Dear Judge Patel and Counsel:

I would like to offer my sincere apology for my missed appearance at the Case Management Conference set for August 11, 2008.  Inadvertently, I appeared at the courthouse believing the matter was to be heard before a different judicial officer.  Once I realized my mistake, I attempted to speak to a clerk for clarification.  But, unfortunately the clerk's office closed at 4:00.

I have corrected my records, and would like to offer my assurance that this will not happen again.  I apologize to you and all counsel for any inconvenience.

Very truly yours,

RICHARD E. WINNIE
County Counsel

By
Diane C. Graydon
Deputy County Counsel

DCG/di
CC Paul Rein