1  RICHARD E. WINNIE [68048]
   County Counsel
2  DIANE C. GRAYDON [164095]
   Deputy County Counsel
3  Office of the County Counsel County of Alameda
   1221 Oak St., Suite 450
4  Oakland, CA 94612
   Telephone:   (510) 272-6700
5  Facsimile:   (510) 272-5020

6  Attorneys for Defendant County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES<br><br>                     Plaintiff,<br>v.<br><br>COUNTY OF ALAMEDA and DOES 1 through 10,<br><br>                     Defendants. | Case No.: C08-01485 BZ<br><br>**DEFENDANT COUNTY OF ALAMEDA'S NOTICE OF DISASSOCIATION OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that attorney Lindsey Stern, Associate County Counsel with the Office of County Counsel, County of Alameda, is no longer an attorney of record in the defense of the County of Alameda in the above-captioned lawsuit. Therefore the County of Alameda respectfully requests the removal of attorney Lindsey Stern's name from the list of attorneys associated with this case, both on the Court's official roster and counsel's proofs of service.

//

//

---

*Wilkins-Jones v. County of Alameda, Case No.  C08-01485 BZ*
*Notice of Disassociation of Counsel*          1

Deputy County Counsel Diane C. Graydon, Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California continues to be lead attorney defending the interests of the County of Alameda in this matter.

DATED:   August 15, 2008

RICHARD E. WINNIE
County Counsel in and for the County of
Alameda, State of California

By DIANE C. GRAYDON
Deputy County Counsel
Attorneys for Defendant County of Alameda

DECLARATION OF SERVICE

<u>Wilkins-Jones v. County of Alameda</u>

Case No. C08-01485 BZ

I, Diseph Igoni, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On August 15, 2008, I served the following document(s):

**DEFENDANT COUNT OF ALAMEDA'S NOTICE OF DISASSOCIATION OF COUNSEL**

on the following parties:

Paul Leslie Rein, Esq.
Ann Michele Winterman, Esq.
Julie Ostil, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612

[X]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[]    BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[]    BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[]    BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on August 15, 2008

_____
DISEPH IGONI

Declaration of Service, Case No. C08-01485 BZ
1