PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001
Fax 510/832-4787

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

DIANE C. GRAYDON, Esq. (SBN 164095)
Office of the County Counsel, County of Alameda
1221 Oak St., Suite 450
Oakland, CA 94612
Tel. 510/272-6700
Fax 510/272-5020

Attorneys for Defendant
ALAMEDA COUNTY

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES, | CASE NO. C08-01485-MHP |
| Plaintiff, | Civil Rights |
| v. | |
| COUNTY OF ALAMEDA, and DOES 1-10, Inclusive, | JOINT STIPULATION AND [PROPOSED] ORDER TO REVISE CIVIL PRETRIAL MINUTES |
| Defendants. | |

Plaintiff SHAWNA WILKINS-JONES and Defendant COUNTY OF ALAMEDA hereby jointly stipulate and request through their attorneys of record:

1. Having reviewed the Civil Pretrial Minutes of the Status Conference on September 15, 2008, at 3:00 p.m., the parties stipulate that discovery

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510)832-5001

JOINT STIPULATION AND [PROPOSED] ORDER
TO REVISE CIVIL PRETRIAL MINUTES
CASE NO. 08-01485 MHP                     -1-

SEP. 19. 2008  4:19PM    ALA COUNTY COUNSEL    NO. 283    P. 5

before the next status conference will be limited to informal disclosure of Plaintiff's medical records, site inspections, and Defendant's initial disclosures, including facility records.

2. Therefore, the parties request that the Minutes be so amended.

Dated: September 17, 2008          LAW OFFICES OF PAUL L. REIN

          /s/  Paul L. Rein
          By PAUL L. REIN
          Attorneys for Plaintiff
          SHAWNA WILKINS-JONES

Dated: September 19, 2008          OFFICE OF THE ALAMEDA
                                   COUNTY COUNSEL

          By DIANE C. GRAYDON
          Attorneys for Defendant
          COUNTY OF ALAMEDA

Good cause having been shown, the parties' stipulation and request to amend the Civil Pretrial Minutes of September 15, 2008, is hereby granted. IT IS SO ORDERED.

          October 1,
Dated: ~~September~~ , 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR. SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

JOINT STIPULATION AND [PROPOSED] ORDER
TO REVISE CIVIL PRETRIAL MINUTES
CASE NO. 08-01485 MHP

-2-

SEP. 19. 2008  4:19PM    ALA_COUNTY_COUNSEL    NO. 283    P. 6