PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
CELIA MCGUINNESS (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff SHAWNA WILKINS-JONES

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak St., Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700

Attorneys for Defendant COUNTY OF ALAMEDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA and DOES 1 through 10,<br><br>Defendants. | Case No.: C08-01485 MHP<br><br>**AMENDED [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

**8-01485 MHP**

— 1 —

1  By stipulation of the parties, and for good cause shown, IT IS HEREBY
2  ORDERED that the Settlement Conference is continued until March 10, 2009, at
3  10:00 a.m..
4
5  Dated:    1/22/09

*[signature: James Larson]*
HON. JAMES LARSON
U.S. MAGISTRATE JUDGE

8-01485 MHP

— 2 —

s:\cm\cases\a\alameda county\pleadings\proposed order to continue s. conference -- larson.doc

LAW OFFICES OF

PAUL L. REIN