PAUL L. REIN, Esq. (SBN 43053)
JULIE OSTIL, Esq. (SBN 215202)
CELIA MCGUINNESS (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff SHAWNA WILKINS-JONES

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak St., Suite 450
Oakland, CA 94612
Telephone:  (510) 272-6700

Attorneys for Defendant COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES<br><br>                              Plaintiff,<br>vs.<br><br>COUNTY OF ALAMEDA and DOES 1 through 10,<br><br>                              Defendants. | Case No.:   C08-01485 MHP<br><br>**[PROPOSED] ORDER TO CONTINUE FEBRUARY 23, 2009, CASE MANAGEMENT CONFERENCE** |

**8-01485 MHP**

— 1 —

s:\cm\cases\a\alameda county\pleadings\stip to cont cmc\proposed order to continue case management conference.doc

1  By stipulation of the parties, and for good cause shown, IT IS HEREBY
2  ORDERED that the Case Management Conference is continued until
3  March 30, 2009 at 3:00 p.m., 2009.

5  Dated:   1/23/2009



HON. _____ PATEL
U.S. D_____

IT IS SO ORDERED
Judge Marilyn H. Patel

8-01485 MHP

— 2 —

LAW OFFICES OF

PAUL L. REIN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Wilkins-Jones v. County of Alameda, Case No.   C08-01485 BZ*
***Joint Stipulation to Continue Settlement Conference***                                                       3