PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Tel:(510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak St., Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700

Attorneys for Defendant COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C08-01485 MHP<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Date: March 10, 2009<br>Time: 10:00 am<br>Judge: Hon. James Larson<br>Place: U.S. District Court<br>       450 Golden Gate<br>       San Francisco, CA |

The parties request a continuance of the currently scheduled Settlement Conference for the following good cause:

1. The parties had set a settlement conference for March 10, 2009. However, plaintiff has not received her report on the access barriers from her expert, and he will be unable to provide that report for approximately three weeks. Plaintiff's expert Barry Atwood has been ill, has had to move to a new office, and has lost his support-staff employee, all of

---

**Stip to Continue Further Case Management
Conference: Case No. C08-02098 WDB8-01485 MHP**

— 1 —

s:\jo\cases\a\alameda county (santa rita)\pleadings\stip to continue settlement conference.doc

which has made it impossible for him to complete the report in the timeframe that he originally planned. (See concurrently filed Declaration of Barry Atwood). The plaintiff will not be in a position to make an injunctive relief demand or negotiate any aspect of this case without her expert report.

2. Plaintiff's counsel has notified defendant's counsel of the delay, and has notified Judge Larson's chambers of the delay, and neither Judge Larson nor defense counsel has any objection to continuing the settlement conference.

3. Holding a settlement conference at this time, without anything substantive to report to the court, would be a waste of the court's time and resources, and would increase the attorney fees in the litigation and make the case less likely to settle.

4. A continuance of the Settlement Conference will not prejudice any party, as there are no pending pre-trial or trial dates. Formal discovery is currently stayed so extending the deadlines will not increase the cost of the litigation.

5. Plaintiff has already filed a stipulation and [proposed] order to continue the Further Case Management Conference, currently scheduled for March 30, 2009, until after July 2009; and to extend the current deadline for holding a settlement conference until July 31, 2009.

Dated: March 4, 2009

PAUL L. REIN
JULIE OSTIL
CELIA MCGUINNESS
LAW OFFICES OF PAUL L. REIN


/s/ Julie Ostil_____
Attorneys for Plaintiff
SHAWNA WILKINS-JONES

Dated: March 4, 2009

DIANE GRAYDON
DEPUTY COUNTY COUNSEL
COUNTY OF ALAMEDA


/s/ Diane Graydon_____
Attorneys for Defendant
COUNTY OF ALAMEDA

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stip to Continue Further Case Management Conference: Case No. C08-02098 WDB8-01485 MHP**

— 2 —

s:\jo\cases\a\alameda county (santa rita)\pleadings\stip to continue settlement conference.doc

### [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Settlement Conference currently set for March 10, 2009 is continued to June 26, 2009, at 10:00 a.m..

Dated: March 5, 2009

_____
HON. JAMES LARSON
U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stip to Continue Further Case Management
Conference: Case No. C08-02098 WDB8-01485 MHP**

— 3 —

s:\jo\cases\a\alameda county (santa rita)\pleadings\stip to continue settlement conference.doc