PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Tel:(510) 832-5001
Fax: (510) 832-4787

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of the County Counsel, County of Alameda
1221 Oak St., Suite 450
Oakland, CA 94612
Telephone:     (510) 272-6700

Attorneys for Defendant COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES, <br><br>　　　　Plaintiff, <br><br> v. <br><br> COUNTY OF ALAMEDA, and DOES 1-10, Inclusive, <br><br>　　　　Defendants. <br> _____/ | CASE NO. C08-01485 MHP <br> <u>Civil Rights</u> <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Date:  March 30, 2009 <br> Time:  3:00 pm <br> Judge: Hon. Marilyn Hall Patel <br> Place: U.S. District Court <br>　　　　450 Golden Gate <br>　　　　San Francisco, CA |

　　　　The parties request a brief continuance of the currently scheduled Further Case Management Conference for the following good cause:

　　　　1.　　The Court has ordered that the parties hold a settlement conference before Magistrate Judge James Larson prior to holding a Further Case Management Conference.

　　　　2.　　The parties had set a settlement conference for March 10, 2009.  However, plaintiff has not received her report on the access barriers from her expert, and he will be

---

**Stip to Continue Further Case Management Conference: Case No. C08-02098 WDB**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

— 1 —

s:\jo\cases\a\alameda county (santa rita)\pleadings\stip to continue further cmc.doc

unable to provide that report for approximately three weeks.  Plaintiff's expert Barry Atwood has been ill, has had to move to a new office, and has lost his support-staff employee, all of which has made it impossible for him to complete the report in the timeframe that he originally planned.  (See concurrently filed Declaration of Barry Atwood).  The plaintiff will not be in a position to make an injunctive relief demand or negotiate any aspect of this case without her expert report.

3.    Plaintiff's counsel has notified defendant's counsel of the delay, and has notified Judge Larson's chambers of the delay, and neither Judge Larson nor defense counsel has any objection to continuing the settlement conference.  The earliest available dates that Judge Larson has on his calendar for a settlement conference are in late June and July of 2009, by which time plaintiff anticipates having an expert report.

4.    Holding a further case management conference at this time, requiring a meet and confer of counsel, preparation of an Updated Joint Case Management Statement, and an appearance of all counsel, without anything substantive to report to the court, would be a waste of the court's time and resources, and would increase the attorney fees in the litigation and make the case less likely to settle.

5.    A continuance of the Further Case Management Conference will not prejudice any party, as there are no pending pre-trial or trial dates. Formal discovery is currently stayed so extending the deadlines will not increase the cost of the litigation.

Accordingly, all parties request that the Further Case Management Conference currently scheduled for March 30, 2009, be continued until after July 2009, with an Updated Joint Case Management Statement to be filed no later than one week ahead of the Conference date. The parties further request that the current deadline for holding a settlement conference be continued to July 31, 2009.

Dated: February 26, 2009                PAUL L. REIN
                                        JULIE OSTIL
                                        CELIA MCGUINNESS
                                        LAW OFFICES OF PAUL L. REIN

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stip to Continue Further Case Management Conference: Case No. C08-02098 WDB**

— 2 —

s:\jo\cases\a\alameda county (santa rita)\pleadings\stip to continue further cmc.doc

/s/ Julie Ostil
Attorneys for Plaintiff
SHAWNA WILKINS-JONES

Dated: March 3, 2009

DIANE GRAYDON
DEPUTY COUNTY COUNSEL
COUNTY OF ALAMEDA

/s/ Diane Graydon
Attorneys for Defendant
COUNTY OF ALAMEDA

### [PROPOSED] ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Further Case Management Conference currently set for March 30, 2009 is continued to 8/31, 2009, with an Updated Case Management Conference Statement to be filed no later than 8/24, 2009. The parties' deadline for holding a settlement conference with Judge Larson is continued to July 30, 2009.

Dated: 3/9/2009

IT IS SO ORDERED
Judge Marilyn H. Patel

**Stip to Continue Further Case Management Conference: Case No. C08-02098 WDB**

— 3 —

s:\jo\cases\a\alameda county (santa rita)\pleadings\stip to continue further cmc.doc