LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DRIVE, SUITE A
OAKLAND, CALIFORNIA 94612
(ENTRANCE AT JACKSON & 19TH STREETS)

PAUL L. REIN
CELIA MCGUINNESS
CATHERINE M. CABALO
JULIE A. OSTIL - OF COUNSEL

TELEPHONE - 510/832-5001
FACSIMILE - 510/832-4787
WWW.REINLAWOFFICE.COM

January 15, 2010

**By Fax 415/522-4021**

Hon. James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

*IT IS SO ORDERED*
*Judge James Larson*

Re:   Shawna Wilkins-Jones v. County of Alameda, et al.
      U.S.D.C., Northern District of California
      Case No. C08-01485 MHP
      Request Settlement Conference on 2/24/2010 at 2:00 p.m.

Dear Judge Larson:

Our office spoke with your clerk, Venice, this morning about scheduling the settlement conference in this case for February 24, 2010 at 2:00 p.m. This letter confirms that I have spoken with opposing counsel, Stephen Horan, copied hereon, and he agrees to the schedule the settlement conference for that date and time.

Thank you for your assistance. Please do not hesitate to contact us with any questions or concerns.

Very truly yours,

Celia McGuinness

cc:   Brian Gearinger, Esq.
      Stephen Horan, Esq.
      Diane Graydon, Esq.