PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Telephone:  415/440-3175
Facsimile:   415/440-3103
brian@gearingerlaw.com

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES, <br> Plaintiff, <br> v. <br> COUNTY OF ALAMEDA, and DOES 1-10, Inclusive, <br> Defendants. | CASE NO. C08-01485-MHP <br> <u>Civil Rights</u> <br> **DENYING** <br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION AND MOTION FOR RECONSIDERATION** |

(Note: "[PROPOSED]" and "GRANTING" are struck through; "DENYING" is inserted.)

On May 28, 2010, the Court issued a Memorandum and Order re: Defendant's Motion to Dismiss/Motion for Judgment on the Pleadings.  Having considered Plaintiff's Application for Leave to File a Motion for Reconsideration under Local Rule 7-9, IT IS HEREBY ORDERED that plaintiff's Application is GRANTED.

Having considered plaintiff's Motion for Reconsideration, IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED.  The Court has jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367 because they derive from

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION
AND MOTION FOR RECONSIDERATION
CASE NO. 08-01485 MHP

−1−

S:\CASES\A\ALA CTY - JONES\PLEADINGS\Motion for Reconsideration\reconsideration proposed order.wpd

1 a common nucleus of operative fact with plaintiff's federal claim for damages
2 under the Americans with Disabilities Act and the Rehab Act of 1973, such that
3 the entire action before the court comprises one constitutional case.  See <u>Mine</u>
4 <u>Workers v. Gibbs</u>, 383 U.S. 715, 725 (1966).  Therefore plaintiff's claims for
5 state law injunctive relief and for attorney fees under California Civil Code
6 section 1021.5 are reinstated.

7 Moreover, in the interests of justice plaintiff is granted leave to amend her
8 Complaint to allege facts which would overcome the factual infirmities which led
9 the Court to dismiss her federal claim for injunctive relief under Article III of the
10 United States Constitution.

12 **IT IS SO ORDERED.**

14 Dated: __7/6_____, 2010



Hon. _____
United _____

---

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION
AND MOTION FOR RECONSIDERATION
CASE NO. 08-01485 MHP

−2−

S:\CASES\A\ALA CTY - JONES\PLEADINGS\Motion for Reconsideration\reconsideration proposed order.wpd