PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Telephone:  415/440-3175
Facsimile:   415/440-3103
brian@gearingerlaw.com

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C08-01485-MHP<br><u>Civil Rights</u><br><br>**DENYING [PROPOSED] ORDER <s>GRANTING</s> PLAINTIFF'S APPLICATION AND MOTION FOR RECONSIDERATION** |

On May 28, 2010, the Court issued a Memorandum and Order re: Defendant's Motion to Dismiss/Motion for Judgment on the Pleadings.  Having considered Plaintiff's Application for Leave to File a Motion for Reconsideration under Local Rule 7-9, IT IS HEREBY ORDERED that plaintiff's Application is <s>GRANTED</s>.  **DENIED.**

<s>Having considered plaintiff's Motion for Reconsideration, IT IS HEREBY ORDERED that plaintiff's Motion is GRANTED.  The Court has jurisdiction over plaintiff's state law claims under 28 U.S.C. § 1367 because they derive from</s>

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION
AND MOTION FOR RECONSIDERATION
CASE NO. 08-01485 MHP

-1-

S:\CASES\A\ALA CTY - JONES\PLEADINGS\Motion for Reconsideration\reconsideration proposed order.wpd

1  ~~a common nucleus of operative fact with plaintiff's federal claim for damages~~
2  under the Americans with Disabilities Act and the Rehab Act of 1973, such that
3  the entire action before the court comprises one constitutional case.  See <u>Mine</u>
4  <u>Workers v. Gibbs</u>, 383 U.S. 715, 725 (1966).  Therefore plaintiff's claims for
5  state law injunctive relief and for attorney fees under California Civil Code
6  section 1021.5 are reinstated.

7  Moreover, in the interests of justice plaintiff is granted leave to amend her
8  Complaint to allege facts which would overcome the factual infirmities which led
9  the Court to dismiss her federal claim for injunctive relief under Article III of the
10 ~~United States Constitution.~~

**IT IS SO ORDERED.**

Dated: ~~7/6~~ July 14 , 2010



IT IS SO ORDERED
Judge Marilyn H. Patel

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION
AND MOTION FOR RECONSIDERATION
CASE NO. 08-01485 MHP

-2-

S:\CASES\A\ALA CTY - JONES\PLEADINGS\Motion for Reconsideration\reconsideration proposed order.wpd