RICHARD E. WINNIE [68048]
County Counsel
MARY ELLYN GORMLEY [154327]
Assistant County Counsel
TODD BOLEY [68119]
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA  94612
Telephone:    (510) 272-6700

STEPHEN E. HORAN [125241]
KEVIN M. KREUTZ [264654]
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:  (916) 929-1481

Attorneys for Defendant County of Alameda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES,<br><br>             Plaintiff,<br><br>   v.<br><br>COUNTY OF ALAMEDA and DOES 1 through 10, Inclusive,<br><br>             Defendants. | Case No.:  C08-01485 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT AND SETTING BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED AND AGREED by all parties as follows:

1. The hearing on the parties' cross-motions for summary judgment and/or partial summary judgment currently scheduled for August 30, 2010 be continued to September 20, 2010 at 2:00 PM in Courtroom 15;

2. The oppositions to the motions shall be filed by August 16, 2010; and

///

///

---

STIPULATION AND [PROPOSED] ORDER, *Shawna Wilkins-Jones v. County of Alameda*, Case No. C08-01485 MHP
1

3. The reply memoranda shall be filed by August 30, 2010.

DATED: August 9, 2010

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By /s/ Todd Boley
TODD BOLEY
Deputy County Counsel

Attorney for Defendant County of Alameda

DATED: August 9, 2010

PORTER SCOTT

By /s/ Kevin M. Kreutz
KEVIN M. KREUTZ

Attorney for Defendant County of Alameda

DATED: August 9, 2010

LAW OFFICES OF PAUL L. REIN

By /s/ Celia McGuinness
CELIA McGUINNESS

Attorney for Plaintiff Shawn Wilkins-Jones

**THE PARTIES HAVING STIPULATED THERETO, IT IS SO ORDERED.**

DATED: 8/11/10

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER, *Shawna Wilkins-Jones v. County of Alameda*, Case No. C08-01485 MHP
2