1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Dr., Suite A
   Oakland, CA 94612
4  Tel. 510/832-5001

5  BRIAN GEARINGER, Esq. (SBN 146125)
   GEARINGER LAW GROUP
6  825 Van Ness Ave., 4th Floor
   San Francisco, CA 94109-7891
7  Tel.415/440-3102

8  Attorneys for Plaintiff
   SHAWNA WILKINS-JONES
9

10 RICHARD E. WINNIE (SBN 68048)
   County Counsel
11 MARY ELLYN GORMLEY (SBN 154327)
   Senior Deputy County Counsel
12 Office of County Counsel, County of Alameda
   1221 Oak Street, Suite 450
13 Oakland, CA 94612
   Tel. 510/272-6700
14
   STEPHEN E. HORAN, Esq. (SBN 125241)
15 TERENCE J. CASSIDY (SBN 99180)
   PORTER SCOTT
16 350 University Avenue, Suite 200
   Sacramento, CA 95825
17 Tel. 916/ 929-1481

18 Attorneys for Defendant
   ALAMEDA COUNTY
19

20        IN THE UNITED STATES DISTRICT COURT
       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

22 SHAWNA WILKINS-JONES,          CASE NO. C08-01485-MHP

23        Plaintiff,

24 v.                            STIPULATION AND [PROPOSED]
                                 ORDER TO EXTEND FILING
25                               DEADLINES
   COUNTY OF ALAMEDA, and
26 DOES 1-10, Inclusive,

27        Defendants.

28 _____/

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND FILING DEADLINES                    – 1 –
                              C:\Documents and Settings\MCastro\Local Settings\Temporary Internet Files\OLK47\Stipulation to extend deadlines.wpd

1 **STIPULATION**

2      Plaintiff SHAWNA WILKINS-JONES and Defendant COUNTY

3 OF ALAMEDA hereby jointly stipulate and request through their attorneys of

4 record as follows:

5      Plaintiff filed a Motion to Strike evidence submitted in support of

6 defendant's Motion for Summary Judgement, on August 16, 2010. Docket

7 # 128. Hearing on this Motion to Strike is September 20, 2010. Defendant filed

8 its Opposition to the motion on August 30, 2010. Docket #147. The parties

9 calculate that plaintiff's Reply to that motion is due September 6, 2010.

10      Plaintiff filed a Motion to Strike evidence submitted in support of

11 defendant's Opposition to Plaintiff's Motion for Summary Judgment, on

12 August 27, 2010, Docket # 136. Defendant has not yet filed its opposition.

13 Hearing on this Motion to Strike is September 20, 2010, as well.

14      The parties hereby request that Defendant's Opposition to plaintiff's

15 second Motion to Strike be due September 3, 2010, and that both plaintiff's

16 Replies to both Oppositions to the Motions to Strike be due on September 10,

17 2010.

18      Good cause exists to extend these deadlines because, among other

19 reasons, plaintiff's counsel Cat Cabalo and plaintiff's paralegal, Aaron Clefton,

20 who prepared the Motions to Strike, are both on vacation until September 6,

21 2010. It would be difficult for another attorney to review the work they have

22 completed in order to draft the Reply. It would cause duplication of research and

23 effort, and therefore an unnecessary increase in attorney fees.

24

25      **IT IS SO STIPULATED.**

26

27 //

28 //

LAW OFFICES OF
PAUL L. REIN
200 LAKENDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND FILING DEADLINES

-2-
C:\Documents and Settings\RCastro\Local Settings\Temporary Internet Files\OLKAF\Stipulation to extend deadlines.wpd

1  Dated: September 1, 2010        LAW OFFICES OF PAUL L. REIN

2

3                                  /s/
                                   By: CELIA McGUINNESS
4                                  Attorneys for Plaintiff
                                   SHAWNA WILKINS-JONES
5

6  Dated: September 1, 2010        PORTER SCOTT

7

8                                  /s/
                                   By: KEVIN KREUTZ
9                                  Attorneys for Defendant
                                   COUNTY OF ALAMEDA
10

11

12                         **ORDER**

13       Good cause having been shown, the Court grants the parties'

14  stipulation.   Defendant's Opposition to plaintiff's second Motion to Strike shall

15  be filed no later than September 3, 2010; plaintiff's Replies to both Oppositions

16  to the Motions to Strike shall be filed no later than September 10, 2010.

17  *The Hearing may be rescheduled by the*

18  *court's discretion on the parties' submissions.*  IT IS SO ORDERED.

19

20  Dated: September ___, 2010

                                   Hon. MARILYN HALL PATEL
21                                 United States District Judge

22

23

24

25

26

27

28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO EXTEND FILING DEADLINES                    -3-
C:\Documents and Settings\VCastro\Local Settings\Temporary Internet Files\OLK6f\Stipulation to extend deadlines.wpd