PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Tel. 415/440-3175

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

RICHARD E. WINNIE (SBN 68048)
County Counsel
MARY ELLYN GORMLEY (SBN 154327)
Assistant County Counsel
TODD BOLEY (SBN 68119)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700

STEPHEN E. HORAN (SBN 125241)
KEVIN M. KREUTZ (SBN 264654)
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481

Attorneys for Defendant County of Alameda

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES, | CASE NO. C08-01485-MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR FILING OF PLAINTIFF'S SUPPLEMENTAL DECLARATION IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT** |
| COUNTY OF ALAMEDA, and DOES 1-10, Inclusive, | |
| Defendants. | |

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE FOR FILING OF PLAINTIFF'S
SUPPLEMENTAL DECLARATION IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
CASE NO. 09-01485 MHP                    -1-

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff SHAWNA WILKINS-JONES and Defendant COUNTY |
| 3 | OF ALAMEDA hereby jointly stipulate and request through their attorneys of |
| 4 | record as follows: |
| 5 | On September 20, 2010, oral argument was held in the above |
| 6 | captioned case regarding cross motions for summary judgment. |
| 7 | On September 22, 2010, a Minute Entry on the Docket issued an |
| 8 | Order After Hearing requiring plaintiff "to file supplemental declarations within |
| 9 | ten days, with responsive pleadings [by defendant] to be filed within ten days |
| 10 | thereafter." Docket No. 159. This Order required plaintiff to file her |
| 11 | supplemental declarations on Thursday, October 1, 2010. |
| 12 | Scheduling conflicts for the plaintiff and her expert, as well as court |
| 13 | appearances by plaintiff's counsel in other cases, make it difficult for plaintiff to |
| 14 | e-file the supplemental declarations on the date initially requested by the Court. |
| 15 | The parties hereby stipulate to extend the deadline for plaintiff's |
| 16 | filing until Monday, October 4, 2010, with defendant's response to be filed on |
| 17 | Thursday, October 14, 2010. |
| 18 | **IT IS SO STIPULATED.** |

Dated: September 23, 2010          LAW OFFICES OF PAUL L. REIN

                                                              /s/ Celia McGuinness
                                   By: CELIA McGUINNESS
                                   Attorneys for Plaintiff
                                   SHAWNA WILKINS-JONES

Dated: September 23, 2010          RICHARD E. WINNIE, County Counsel
                                   in and for the County of Alameda, State of
                                   California

                                   By    /s/ Todd Boley
                                   TODD BOLEY
                                   Deputy County Counsel
                                   Attorney for Defendant County of Alameda

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE FOR FILING OF PLAINTIFF'S
SUPPLEMENTAL DECLARATION IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
CASE NO. 09-01485 MHP                    -2-

Dated: September 23, 2010          PORTER SCOTT


                                   By /s/ Kevin M. Kreutz
                                   KEVIN M. KREUTZ
                                   Attorney for Defendant County of Alameda

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE FOR FILING OF PLAINTIFF'S
SUPPLEMENTAL DECLARATION IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
CASE NO. 09-01485 MHP                    -3-                    S:\CASES\A\ALA CTY - JONES\PLEADINGS\Stipulation to Continue Declaration Deadline.wpd

1 **ORDER**

2 Good cause having been shown, the Court grants the parties'
3 stipulation and request to extend the deadline for plaintiff's filing until Monday,
4 October 4, 2010, with a response by defendants to be filed on Thursday, October
5 14, 2010.

7 **IT IS SO ORDERED.**

9 Dated: Spetember 27, 2010

Hon. MARILYN HALL PATEL
United States District Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE DEADLINE FOR FILING OF PLAINTIFF'S
SUPPLEMENTAL DECLARATION IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
CASE NO. 09-01485 MHP       -4-

S:\CASES\A\ALA CTY - JONES\PLEADINGS\Stipulation to Continue Declaration Deadline.wpd