PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Tel.   415/440-3175

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

RICHARD E. WINNIE (SBN 68048)
County Counsel
MARY ELLYN GORMLEY (SBN 154327)
Assistant County Counsel
TODD BOLEY (SBN 68119)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700

STEPHEN E. HORAN (SBN 125241)
KEVIN M. KREUTZ (SBN 264654)
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481

Attorneys for Defendant County of Alameda

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES, | CASE NO. C08-01485-MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER REQUESTING CASE MANAGEMENT CONFERENCE** |
| COUNTY OF ALAMEDA, and DOES 1-10, Inclusive, | |
| Defendants. | |
| _____/ | |

1 **STIPULATION**

2       Plaintiff SHAWNA WILKINS-JONES and Defendant COUNTY
3 OF ALAMEDA hereby jointly stipulate and request through their attorneys of
4 record as follows:
5       On November 16, 2010, the Court ruled on plaintiff and defendant's
6 respective cross motions for Summary Judgment. After the Court's November
7 16, 2010, Order Plaintiff's claim for damages under the California Disabled
8 Persons Act, California Civil Code section 54 *et seq,* remains before the Court.
9       Currently there are no discovery, pretrial, or trial dates set. The
10 parties jointly stipulate and request the Court set a Case Management Conference
11 in February to develop a litigation schedule.

13 **IT IS SO STIPULATED.**

14 Dated: February 9, 2011          LAW OFFICES OF PAUL L. REIN

16                    /s/ Celia McGuinness
17                    By: CELIA McGUINNESS
                      Attorneys for Plaintiff
                      SHAWNA WILKINS-JONES

19 Dated: February 9, 2011          County Counsel in and for the County of
                                     Alameda, State of California

21                    By    /s/ Todd Boley
                      TODD BOLEY
22                    Deputy County Counsel
                      Attorney for Defendant County of Alameda

23 Dated: February 9, 2011          PORTER SCOTT

26                    By    /s/ Kevin Kreutz
                      KEVIN M. KREUTZ
                      Attorney for Defendant County of Alameda

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
REQUESTING CASE MANAGEMENT CONFERENCE
CASE NO. 09-01485 MHP                    -2-           S:\CASES\A\ALA CTY - JONES\PLEADINGS\Stipulation Requesting CMC.wpd

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and request for a Case Management Conference. The Case Management Conference is set for ~~February ___, 2011~~ March 14, 2011 at 3:00 p.m., with a joint Case Management Conference Statement due ~~February ___, 2011~~ March 7, 2011.

**IT IS SO ORDERED.**

Dated: __February 10__, 2011



Hon. ~~Edward M. Chen~~ TEL
United States ~~Magistrate~~ Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
REQUESTING CASE MANAGEMENT CONFERENCE
CASE NO. 09-01485 MHP

-3-

S:\CASES\A\ALA CTY - JONES\PLEADINGS\Stipulation Requesting CMC.wpd