PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Tel.   415/440-3175

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

RICHARD E. WINNIE (SBN 68048)
County Counsel
MARY ELLYN GORMLEY (SBN 154327)
Assistant County Counsel
TODD BOLEY (SBN 68119)
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700

STEPHEN E. HORAN (SBN 125241)
KEVIN M. KREUTZ (SBN 264654)
PORTER SCOTT
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481

Attorneys for Defendant County of Alameda

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES, | CASE NO. C08-01485-MHP |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REQUESTING CONTINUATION OF CASE MANAGEMENT CONFERENCE** |
| COUNTY OF ALAMEDA, and DOES 1-10, Inclusive, | |
| Defendants. | |
| _____/ | |

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
REQUESTING CONTINUATION OF CASE MANAGEMENT CONFERENCE
CASE NO. 09-01485 MHP
−1−
S:\CASES\A\ALA CTY - JONES\PLEADINGS\Stipulation Requesting Continuation CMC.wpd

1  **STIPULATION**

2  Plaintiff SHAWNA WILKINS-JONES and Defendant COUNTY
3  OF ALAMEDA hereby jointly stipulate and request through their attorneys of
4  record as follows:
5  On February 10, 2011, the Court ordered a Case Management
6  Conference for March 14, 2011.
7  Plaintiff's counsel have previously scheduled to be out of state on
8  March 14, 2011. Defendant Alameda County Counsel is unavailable March 17,
9  2011, through March 29, 2011. Plaintiff's lead Counsel Celia McGuinness filed
10 her notice of unavailability of counsel on February 10, 2011. She will be
11 unavailable for the month of April, however, she will make herself available on
12 April 4, 2011, if that date is available on the Court's calendar.
13 The parties therefore jointly stipulate and request that the Court
14 reschedule the Case Management Conference to April 4, 2011, with a joint Case
15 Management Conference Statement due March 30, 2011. If April 4, 2011, is not
16 available on the Court's calendar, the parties jointly stipulate and request that the
17 Court reschedule the Case Management Conference to a date in May, 2011.

19 **IT IS SO STIPULATED.**

21 Dated: February 14, 2011         LAW OFFICES OF PAUL L. REIN
                                     GEARINGER LAW GROUP

23                                    /s/ Celia McGuinness
                                     By: CELIA McGUINNESS
24                                   Attorneys for Plaintiff
                                     SHAWNA WILKINS-JONES

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
REQUESTING CONTINUATION OF CASE MANAGEMENT CONFERENCE
CASE NO. 09-01485 MHP                      −2−                S:\CASES\A\ALA CTY - JONES\PLEADINGS\Stipulation Requesting Continuation CMC.wpd

| | |
|---|---|
| Dated: February 14, 2011 | County Counsel in and for the County of Alameda, State of California |
| | By  /s/ Todd Boley<br>TODD BOLEY<br>Deputy County Counsel<br>Attorney for Defendant County of Alameda |
| Dated: February 14, 2011 | PORTER SCOTT |
| | By  /s/ Kevin Kreutz<br>KEVIN M. KREUTZ<br>Attorney for Defendant County of Alameda |

# ORDER

Good cause having been shown, the Court grants the parties' stipulation and request for a continuation of the Case Management Conference currently set for March 14, 2011.   The Case Management Conference is now set for April 4, 2011, with a joint Case Management Conference Statement due March 30, 2011. *

**IT IS SO ORDERED.**

Dated: __2/15_____, 2011

IT IS SO ORDERED
Judge Marilyn H. Patel

Hon. MARILYN HALL PATEL
United States District Judge

**\* The Further Case Management Conference is continued to April 4, 2011 at 3:00 p.m., before the Honorable Marilyn Hall Patel. A supplemental joint case management conference statement shall be filed one week prior to the conference.**

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
REQUESTING CONTINUATION OF CASE MANAGEMENT CONFERENCE
CASE NO. 09-01485 MHP                                                   -3-                      S:\CASES\A\ALA CTY - JONES\PLEADINGS\Stipulation Requesting Continuation CMC.wpd