| | |
|---|---|
| 1 | RICHARD R. KARLSSON [71421] |
|   | Interim County Counsel |
| 2 | MARY ELLYN GORMLEY [154327] |
|   | Assistant County Counsel |
| 3 | TODD BOLEY [68119] |
|   | Deputy County Counsel |
| 4 | OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA |
|   | 1221 Oak Street, Suite 450 |
| 5 | Oakland, CA  94612 |
|   | Telephone:    (510) 272-6700 |
| 6 | |
|   | STEPHEN E. HORAN [125241] |
| 7 | KEVIN M. KREUTZ [264654] |
|   | PORTER SCOTT |
| 8 | 350 University Avenue, Suite 200 |
|   | Sacramento, CA  95825 |
| 9 | Telephone:  (916) 929-1481 |
| 10 | Attorneys for Defendant County of Alameda |
| 11 | Paul L. Rein, Esq. |
|    | Celia McGuinness, Esq. |
| 12 | Law Offices of Paul L. Rein |
|    | 200 Lakeside Drive, Suite A |
| 13 | Oakland, CA  94612 |
|    | Telephone: (510) 832-5001 |
| 14 | |
|    | Brian Gearinger, Esq. |
| 15 | Gearinger Law Group |
|    | 825 Van Ness Avenue, 4th Floor |
| 16 | San Francisco, CA  94109-7891 |
|    | Telephone: (415) 440-3175 |
| 17 | |
|    | Attorneys for Plaintiff Shawna Wilkins-Jones |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| SHAWNA WILKINS-JONES, | | Case No.:  C08-01485 EMC |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT RE CALIFORNIA DISABLED PERSON'S ACT AND SETTING BRIEFING SCHEDULE AND ORDER THEREON** |
| v. | | |
| COUNTY OF ALAMEDA and DOES 1 through 10, Inclusive, | | |
| | Defendants. | |

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, *Wilkins-Jones v. County of Alameda,* Case No. C08-01485 EMC         1

IT IS HEREBY STIPULATED AND AGREED by all parties as follows:

1. The hearing on the Defendant's Motion For Summary Judgment Or In The Alternative, For Partial Summary Judgment Re California Disabled Person's Act currently scheduled for July 25, 2011 at 2:00 p.m. in Courtroom 15 be rescheduled for July 22, 2011 at 1:30 p.m. in Courtroom 5;

2. The opposition to the motion shall be filed by June 24, 2011; and

3. The reply memorandum shall be filed by July 8, 2011.

DATED:   Law Offices of Paul L. Rein

By   /s/ Celia McGuinness

Attorney for Plaintiff Shawna Wilkins-Jones

DATED:   Gearinger Law Group

By   /s/ Brian Gearinger

Attorney for Plaintiff Shawna Wilkins-Jones

DATED:   County Counsel in and for the County of Alameda, State of California

By   /s/ Todd Boley
TODD BOLEY
Deputy County Counsel

Attorneys for Defendant County of Alameda

THE PARTIES HAVING STIPULATED THERETO, IT IS SO ORDERED

DATED:   7/8/11

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, *Wilkins-Jones v. County of Alameda*, No. C08-01485 EMC   2