PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
Tel. 510/832-5001

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Tel.   415/440-3102

Attorneys for Plaintiff
SHAWNA WILKINS-JONES

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNA WILKINS-JONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PHS CORRECTIONAL HEALTHCARE; MELISSA BROWN, LVN.; MARTHA CAMPOS; BILL WILSON; and DOES 1-10, Inclusive,<br><br>　　　　Defendants.<br>_____ / | CASE NO. C08-01485-MHP<br><u>Civil Rights</u><br><br>**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: October 7, 2011<br>Time: 10:00 a.m.<br>Place: U.S. District Court<br>　　　　450 Golden Gate Ave.<br>　　　　18th Floor, Courtroom 15<br>　　　　San Francisco, CA 94102<br>Judge: Edward M. Chen |

**STATEMENT OF THE CASE**

The Complaint in this case was filed on March 17, 2008, against the County of Alameda for violation of the Americans with Disabilities Act and attendant State civil rights laws at the Alameda County Jail at Santa Rita. The Court dismissed all injunctive relief claims on November 16, 2010. It dismissed the remaining claims on August 19, 2011. At the same time, it granted Plaintiff's Motion to Amend to add as defendants PHS Correctional Healthcare, Melissa

Brown, Martha Campos, and Bill Wilson, who are Alameda County's medical services contractor for the Santa Rita Jail and its employees. Plaintiff filed the First Amended Complaint in this case on September 12, 2011.

In its August 19, 2011, Order the Court set a Case Management Conference for October 7, 2011.

## REQUEST FOR CONTINUANCE

Plaintiff requests that the October 7, 2011, Case Management Conference (CMC) be continued until December 2, 2011, on the grounds that defendants have not entered appearances in the case. Plaintiff expects they will respond to the First Amended Complaint (FAC) no later than October 28, 2011. Declaration of Celia McGuinness. Moving the CMC to December 2nd will enable defendants to assess the case and the parties to confer and define what the issues will be.

In the event the Court declines to defer the CMC until after the defendants have responded to the FAC, plaintiff nevertheless requests a continuance of the CMC for one week, until October 14, 2011. The undersigned plaintiff's counsel is the lead attorney in this case and the only attorney who is up to date about the case. *Id.* She has a family obligation on October 7th involving her son's school, an event which cannot be rescheduled and is important she attend. *Id.*

## CONCLUSION

For the foregoing reasons plaintiff respectfully requests that the Court continue the CMC until December 2, 2011, to allow the new defendants to respond to the Complaint and be better prepared to discuss case management issues. In the alternative, plaintiff requests a one-week continuance to enable her counsel to attend her son's school event.

//

//

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

MOTION TO CONTINUE CMC, AND [PROPOSED] ORDER
CASE NO. 09-01485 MHP
-2-
S:\CASES\A\ALA CTY - JONES\PLEADINGS\CMC statements\Mot continue CMC of 10-7-11.wpd

Respectfully submitted,

Dated: September 30, 2011          LAW OFFICES OF PAUL L. REIN

                                          /s/ Celia McGuinness
                                      By CELIA McGUINNESS
                                      Attorneys for Plaintiff
                                      SHAWNA WILKINS-JONES

## [PROPOSED] ORDER

GOOD CAUSE BEING SHOWN, it is hereby ordered that the Case Management Conference in this case be continued until December 2, 2011, at 9:00 a.m., with an Updated Joint Case Management Conference Statement to be filed one week earlier. Plaintiff is ordered to provide a copy of this Order to defendants.

Dated: October 4, 2011

IT IS SO ORDERED
Judge Edward M. Chen

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

MOTION TO CONTINUE CMC, AND [PROPOSED] ORDER
CASE NO. 09-01485 MHP                -3-              S:\CASES\A\ALA CTY - JONES\PLEADINGS\CMC statements\Mot continue CMC of 10-7-11.wpd