# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAWNA WILKINS-JONES,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, et al,<br><br>Defendants. | Case No. 3:08-cv-01485 EMC (NC)<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO EXCUSE INDIVIDUAL DEFENDANTS' ATTENDANCE AT SETTLEMENT CONFERENCE** |

Defendants Martha Campos, M.D., Melissa Brown, L.V.N. and Bill Wilson have requested that they be excused from attending the April 17, 2012 settlement conference. Good cause appearing therefor, the unopposed request is hereby granted. These defendants shall be available by telephone during the settlement conference.

IT IS SO ORDERED.

DATED: April 5, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 3:08-cv-01485 EMC (NC)
ORDER EXCUSING ATTENDANCE