PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A,
Oakland, CA 94612
510-832-5001

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor,
San Francisco, CA 94109-7891
415-440-3175

Attorneys for Plaintiff Shawna Wilkins-Jones

Nancy E. Hudgins, SBN 85222
Matthew M. Grigg, SBN 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial St., 4th Floor,
San Francisco, CA  94111
415-979-0100

Attorneys for Defendants Melissa Brown, L.V.N., Martha Campos, M.D., Corizon Health, Inc., and Bill Wilson

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWNA WILKINS-JONES, | Case No. C08-01485-EMC |
| Plaintiff, | **STIPULATION TO:  (1) CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT AND (2) MODIFY BRIEFING SCHEDULE** |
| v. | |
| COUNTY OF ALAMEDA, ET AL. | **Accompanying Papers:** |
| Defendants. | **Proposed Order** |

*Wilkins-Jones v. Alameda Co., et al.*
Stipulation                                                               1                                              Case No. 096484 EMC
                                                                                                            Wilkins-Jones/p/Stip 12d24

With the aims of promoting the just, speedy and inexpensive determination of this action, Plaintiff Shawna Wilkins-Jones, on the one hand, and Defendants Melissa Brown, L.V.N., Martha Campos, M.D., Corizon Health, Inc., and Bill Wilson, on the other, stipulate and request:

1. that the Court modify the briefing and hearing schedule for defendants' Motion For Relief Or, Alternatively, For Leave To Seek Reconsideration ("Motion") and
2. continue the April 27, 2012 Case Management Conference until after the new Motion hearing date.

Good cause for the requested relief exists because ongoing negotiations between and among these parties and Alameda County may result in a global settlement, obviating the need for and expense of further Motion-related briefing and another case management conference. In addition, plaintiff's counsel's daughter and father are experiencing health problems, which are limiting her ability to give the motion the attention it deserves. Further, defendants' attorneys will be moving their offices in May.

The parties thus request that the Court order as follows:

- The case management conference is continued to June 29, 2012 at 10:30 a.m. (or such other date thereafter as is convenient for the Court), and
- Defendants' Motion shall be heard on June 15, 2012. Plaintiff's opposition is due May 15, 2012. Defendants' reply is due May 29, 2012.

The parties further stipulate that they will file no motions (absent exceptional circumstances, or agreement by the opposing party or parties) nor conduct further discovery until the Court issues an order on the Motion.

SO STIPULATED:

Dated: April 24, 2012

      /s/ *Celia McGuinness*_____
      PAUL L. REIN
    CELIA McGUINNESS
    CATHERINE CABALO
     LAW OFFICES OF PAUL L. REIN

     Attorneys for Plaintiff
     SHAWNA WILKINS-JONES

1  Dated: April 24, 2012                    LAW OFFICES OF NANCY E. HUDGINS

2                                           /s/ *Matthew M. Grigg*
                                            Matthew M. Grigg
3                                           Attorneys for Defendants
                                            Bill Wilson, Melissa Brown, L.V.N.,
4                                           and Corizon Health, Inc.

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAWNA WILKINS-JONES, | ) Case No. CIV C08-01485 EMC |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING ) STIPULATED REQUEST TO: (1) |
| v. | ) CONTINUE CASE MANAGEMENT ) CONFERENCE STATEMENT AND (2) |
| COUNTY OF ALAMEDA, ET AL. | ) MODIFY BRIEFING SCHEDULE ) |
| Defendants. | ) ) |

Pursuant to the parties' stipulation, and good cause having been shown:

- The case management conference (currently set for April 27, 2012) is hereby continued to __6/22__, 2012 at ~~10:30 a.m.~~ 1:30 p.m.

- The hearing of defendants' Motion For Relief Or, Alternatively, For Leave To Seek Reconsideration ("Motion") (currently set for May 18, 2012) is continued to June 22 ~~29~~, 2012 at 1:30 p.m. Plaintiff's opposition is due May 15, 2012. Defendants' reply is due May 29, 2012.

- The parties shall neither file any motions (absent exceptional circumstances, or agreement by the opposing party or parties) nor conduct further discovery until the Court issues an order on the Motion.

IT IS SO ORDERED
Dated: April 26, 2012

_____
Hon. Edward M. Chen
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen